**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Carlos Manuel GONZALEZ,
Defendant–Appellant.**

**No. 06–41552.**

United States Court of Appeals,
Fifth Circuit.

May 10, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, HIGGINBOTHAM and GARZA, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that appellant's unopposed motion to summarily affirm the judgment in part is GRANTED; Appellant's conviction is AFFIRMED;

IT IS FURTHER ORDERED that appellant's unopposed motion to vacate the judgment in part is GRANTED; Appellant's sentence is vacated.

IT IS FURTHER ORDERED that appellant's unopposed motion to remand for

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

resentencing in light of *Lopez v. Gonzales* is GRANTED.